UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 26, 2016     **Time:** 10 minutes     **Judge:** RICHARD SEEBORG
                                      2:45 p.m. to 2:55 p.m.

**Case No.:** 16-cr-00166-RS-1   **Case Name:** UNITED STATES v. Natsheh

**Attorney for Plaintiff:**  Elise Becker
**Attorney for Defendant:**  Candis Mitchell
                             Defendant **Islam Said Natsheh** - present, in custody

**Deputy Clerk:** Jean Davis          **Court Reporter:** Kathy Wyatt
**Interpreter:** n/a                  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for change of plea hearing. Defendant executes and files in open court an application for entry of guilty plea. Defendant is sworn and is queried as to his background, physical and mental condition, and understanding of the proceedings. Defendant is advised of his rights, the consequences of entry of a guilty plea, and the maximum penalties associated with the offense.

The government provides a brief statement of the elements of the offense and of the facts it would be in a position to prove at any trial of this matter.

Defendant pleads GUILTY to Count One of the Information. The Court accepts the plea as voluntary, knowing, and supported by an independent factual basis. Defendant is adjudged guilty.

The matter is referred to the U.S. Probation Office for preparation of a Presentence Report.

**CASE CONTINUED TO:**   November 15, 2016 at 2:30 p.m. for Sentencing.