# ATTACHMENT A

Government's Exhibit

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 15-049 (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>)<br>HAMZA NAJ AHMED,   )<br>MOHAMED ABDIHAMID FARAH,   )<br>ADNAN ABDIHAMID FARAH,   )<br>ABDIRAHMAN YASIN DAUD,   )<br>ZACHARIA YUSUF ABDURAHMAN,   )<br>HANAD MUSTOFE MUSSE, and   )<br>GULED ALI OMAR   )<br>)<br>Defendants.   ) | **FINAL<br>REPORT TO THE COURT<br>BY THE UNITED STATES<br>CONCERNING SENTENCING<br>NATIONWIDE FOLLOWING<br>CONVICTIONS FOR<br>PROVIDING MATERIAL<br>SUPPORT TO TERRORIST<br>ORGANIZATIONS** |

The United States of America, through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Assistant United States Attorneys John Docherty, Andrew R. Winter, and Julie E. Allyn, respectfully submits its Final Report on national terrorism sentencings. Several earlier iterations of this Report have been filed by the government. This Final Report includes all sentencings in material support cases found by the government through the date of this pleading, October 31, 2016. The final sentencing included is that of Muhanad Badawi, sentenced on October 19, 2016, following trial in the Central District of California. Other sentencings which are new since the last report are two co-defendants in the Northern District of Illinois, Hasan Edmonds and Jonas Edmonds, who were convicted on pleas of guilty.

The government is aware of no cases pending sentencing in the near future, but will, of course, continue to look for sentencings that may occur between now and the time of

1

sentencing in these cases. Because no additional sentencings are anticipated between now and November 14, 2016, however, the government is captioning this report its "final" report.

This report summarizes sentencing data from federal cases around the country in which one or more defendants have been convicted of providing material support to a designated foreign terrorist organization. This Final Report provides information about all cases relating to the provision of material support, regardless of the count of conviction or the identity of the foreign terrorist organization.

There is one exception to this attempt at being comprehensive; cases in which the sole count of conviction is a false statements charge, in violation of 18 U.S.C. § 1001, have not been included. That is because those cases can cover offender behavior that is far removed from the provision of material support to terrorists, and the inclusion of false statements convictions would result in this Final Report comparing dissimilar cases.

One-paragraph factual summaries of each case are set forth below. The facts were taken from various sources, including press releases issued by the relevant United States Attorney's Office and the Federal Bureau of Investigation.

The chart that follows the factual summary paragraphs collects for the reader the key items of information about each case, including the defendant's name; the federal judicial district in which the defendant was sentenced; the district court file number, so that readers who are so inclined can further research the case using PACER; the date of sentencing; the aggregate, pronounced, custodial sentence; the lead statute of conviction; whether the defendant's conviction resulted from a negotiated guilty plea or a jury verdict

following trial; and the designated foreign terrorist organization to which the defendant provided material support.

As in earlier reports in this series, sentencing data was taken from district court judgment and commitment orders filed on PACER.

Cases are arranged chronologically by date of sentencing, oldest sentencing first. The oldest sentence in this report is that of defendant Sinh Nguyen, who was sentenced in the Central District of California on June 30, 2014.  The most recent sentencing is that of Muhanad Badawi, also sentenced in the Central District of California, on October 19, 2016.

The sentences of 26 defendants are summarized below.  There are several features of these cases worth noting:

- Four of these defendants, co-defendants Sohiel Kabir and Ralph Deleon, plus co-defendants Nader Elhuzayel and Muhanad Badawi, were convicted following trial.  The other twenty-two defendants all pled guilty.

- Only one defendant, Ralph Deleon, was convicted of violating 18 U.S.C. § 956. In some of the other cases in this Report, a defendant was convicted of violating 18 U.S.C. § 2339A, with the predicate offense for the 18 U.S.C. § 2339A conviction being an 18 U.S.C. § 956 conspiracy.  Because these cases only referred to 18 U.S.C. § 956, but did not actually charge 18 U.S.C. § 956, they have not been counted as 18 U.S.C. § 956 sentences. An example of how this fact pattern comes about is presented in the Indictment in *United States v. Mahamud Said Omar*, Criminal No. 09-242 (MJD/SRN), Docket No. 1.  In that case, the charging language for the counts alleging a violation of 18 U.S.C.

§ 2339A read as follows: "[Defendant] did knowingly and intentionally conspire with others to provide material support and resources, knowing and intending that the material support and resources were to be used *in preparation for and in carrying out a violation of Title 18, United States Code, Section 956 (conspiracy to kill, kidnap, maim, or injure persons in a foreign country)*, all in violation of Title 18, United States Code, Section 2339A(a)." (Emphasis added.) However, despite being mentioned in the indictment's charging language, such cases do not constitute a violation of 18 U.S.C. § 956, and so are not included in this Final Report as 18 U.S.C. § 956 cases, although they may be included in this Final Report for other reasons.

- Of the 26 defendants, 20 were convicted of violating 18 U.S.C. § 2339B, either standing alone, or in conjunction with other convictions. Of these 20, 14 were sentenced to 18 U.S.C. § 2339B's statutory maximum of fifteen years in prison. (The statutory maximum has since been increased to twenty years, but none of the defendants in this Final Report committed their crimes recently enough to be exposed to the increased statutory maximum penalty.)

- In several of these cases, the defendant was convicted of more than one crime. Those cases are *United States v. Shelton Bell* (number three below); *United States v. Sohiel Kabir and Ralph DeLeon* (number five below); *United States v. Donald Ray Morgan* (number six below); *United States v. Agron Hasbajrami* (number nine below); *United States v. Ming Quang Pham* (number 12 below); *United States v. Mufid Elfgeeh* (number 13 below); *United States v. Adam*

4

*Dandach* (number 18 below); *United States v. Elhuzayel and Badawi* (number 20 below); and *United States v. Hasan and Jonas Edmonds* (number 21 below). In all of these cases but one (*Dandach*), the sentencing judge imposed a sentence beyond the 180-month statutory maximum on the 18 U.S.C. § 2339A or B conviction.

## THE CASES

1. *United States v. Sinh Vinh Ngo Nguyen*, Central District of California, June 30, 2014. Defendant Nguyen traveled to Syria and fought with anti-Assad forces for four months. Upon his return to the United States he expressed a desire to "return to jihad" because that "was what he was born to do." After giving a man he thought was an al Qaeda recruiter (but who was in reality working for the FBI) a photograph of himself and a U.S. passport application containing false information, Nguyen was arrested. Defendant Nguyen was sentenced by Judge John F. Walter to 13 years in prison.

2. *United States v. Gufran Mohammed*, Southern District of Florida, December 17, 2014. Defendant Mohammed wired funds to al Qaeda in Iraq, the al-Nusrah Front, and al Shabaab. Defendant Mohammed also agreed to recruit people to travel overseas and join these designated foreign terrorist organizations. Defendant Mohammed was sentenced by Judge Ursula Ungaro to 15 years in prison, the statutory maximum for a violation of 18 U.S.C. § 2339B. *United States v. Mohammed Hussain Said* is the companion case to this one (see number ten below).

3. *United States v. Shelton Bell*, Middle District of Florida, January 14, 2015. Defendant Bell recruited a juvenile to go with him to join, and fight for, ISIL. After

following a training regimen of their own devising for three months, Bell and the juvenile traveled from New York's John F. Kennedy International Airport to Poland. They then flew from Poland to Israel. Israeli officials arrested the pair and sent them back to Poland. The two then flew to Jordan, where they were again arrested, and this time returned to the United States. Bell entered guilty pleas to two 18 U.S.C. § 2339B counts, one of them attempt, and one of them conspiracy. Judge Timothy Corrigan sentenced Bell to twenty years in prison. Judge Corrigan imposed the fifteen-year statutory maximum for a violation of 18 U.S.C. § 2339B on the 18 U.S.C. § 2339B conspiracy count, and then imposed a sentence of five years' imprisonment, to be served consecutively, on the attempt count. Judge Corrigan also filed a 41-page memorandum explaining his sentence.

4. *United States v. Shannon Conley,* District of Colorado, January 23, 2015. Defendant Conley met an ISIL recruiter online. In an effort to prepare herself to join, and fight for, ISIL, defendant Conley joined a U.S. Army-sponsored Explorer scout group, obtained first aid training, and took firearms training. FBI agents met with defendant Conley multiple times and tried to talk her out of trying to travel to Syria. Defendant Conley was not persuaded, and was arrested at the Denver airport as she tried to board a flight to Turkey. Judge Raymond P. Moore sentenced Conley to 48 months in federal prison.

5. *United States v. Sohiel Kabir and Ralph DeLeon*, Central District of California, February 23. 2015. After a six and-a-half week trial, and six days of deliberation, a jury convicted Kabir and DeLeon of conspiracy to provide material support to terrorists, in violation of 18 U.S.C. § 2339A, and conspiracy to kill officers and

employees of the United States, in violation of 18 U.S.C. § 1117. According to reports in the press, the defendants conspired to travel to Afghanistan and kill U.S. troops there.

As to Kabir individually, the jury found him guilty of conspiracy to provide material support to terrorists, in violation of 18 U.S.C. § 2339A; conspiracy to provide material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B; conspiracy, in violation of 18 U.S.C. § 371; and conspiracy to kill officers and employees of the United States, in violation of 18 U.S.C. § 1117.

As to Deleon individually, the jury found him guilty of conspiring to provide material support to terrorists, in violation of 18 U.S.C. § 2339A; conspiracy to kill, kidnap, and maim persons in a foreign country, in violation of 18 U.S.C. § 956; and conspiracy to kill officers and employees of the United States, in violation of 18 U.S.C.§ 1117.  Judge Virginia Phillips sentenced both defendants to 25 years' imprisonment.  In the case of DeLeon, this sentence was composed of a 180-month sentence on DeLeon's 18 U.S.C.§ 2339A conviction (the statutory maximum); and 300 months in prison on each of the two conspiracy to murder charges.  All sentences were ordered to be served concurrently.

Defendant Kabir was sentenced to 180 months, the statutory maximum, on each of his material support convictions; 60 months, also the statutory maximum, on his conviction of 18 U.S.C. § 371; and 300 months for his conviction of conspiracy to kill officers and employees of the United States in violation of 18 U.S.C. § 1117.  All sentences were again ordered to be served concurrently.

6.     *United States v. Donald Ray Morgan*, May 13, 2015, Middle District of North Carolina.  Defendant Morgan traveled to Lebanon, and from there attempted to enter Syria to join, and fight for, ISIL.  Upon his return to the United States, he was arrested at Kennedy Airport on a warrant for possession of a firearm by a felon.  Defendant Morgan was sentenced to a total of 243 months of imprisonment by Judge Thomas D. Schroeder. 180 months, or fifteen years, of Morgan's sentence was allocated to Morgan's conviction of violating 18 U.S.C. § 2339B. This is the statutory maximum for a violation of 18 U.S.C. § 2339B.  The balance of Morgan's sentence, 63 months, was allocated by Judge Schroeder to Morgan's firearms conviction.

7.     *United States v. Michael Wolfe,* Western District of Texas, June 5, 2015. Defendant Wolfe attempted to travel to the Middle East to lend his support to ISIL.  He admitted at his change of plea hearing that in preparation, he applied for and acquired a U.S. passport, participated in physical fitness training, practiced military maneuvers, concealed his preparations, and bought an airline ticket for travel to Europe, which he believed would be the first leg of a trip to the Middle East.  Instead, he was arrested on the jetway at the Houston, Texas airport as he attempted to board a flight to Toronto, Canada. Judge Sam Sparks sentenced Wolfe to 82 months in prison.

8.     *United States v. Leon Davis,* Southern District of Georgia, July 28, 2015. Defendant Davis was arrested at the Atlanta airport as he attempted to board a flight to Turkey.  The defendant had been under investigation for more than a year before he was arrested, after the defendant communicated with ISIL members via social media.  Judge J.

Randal Hall sentenced defendant Davis to fifteen years in prison, the statutory maximum for a violation of 18 U.S.C. § 2339B.

9. *United States v. Agron Hasbajrami*, Eastern District of New York, August 13, 2015. Defendant Hasbajrami was convicted of attempting and conspiring to provide material support to unspecified radical jihadist groups in Pakistan's Federally-Administered Tribal Areas. Defendant Hasbajrami also sent several wire transfers of funds abroad in support of terrorist organizations. On September 6, 2011, Hasbajrami was arrested at John F. Kennedy International Airport, as he attempted to board a flight to Turkey, from where he would have flown on to the Federally-Administered Tribal Areas. Judge John Gleeson of the Eastern District of New York sentenced Hasbajrami to 16 years in prison, followed by removal from the United States.

10. *United States v. Mohamed Hussain Said,* Southern District of Florida, August 28, 2015. This is a companion case to *United States v. Gufran Mohammed* (see number two above). Like defendant Gufran Mohammed, defendant Said also conspired to provide both money and recruits to al Qaeda, al Qaeda in Iraq, and al Shabaab. Judge Ursula Ungaro sentenced defendant Said to fifteen years' imprisonment, the statutory maximum.

11. *United States v. Ali Shukri Amin*, Eastern District of Virginia, August 28, 2015. Defendant Amin, who was 17 years old, used social media to provide material support to ISIL. Specifically, defendant Amin used Twitter to provide advice and encouragement to ISIL fighters. Judge Claude M. Hilton sentenced defendant Amin to 136 months in prison, followed by a lifetime of supervised release that will include monitoring of the defendant's online activities.

12. *United States v. Ming Quang Pham,* Southern District of New York, January 8, 2016. This case is factually quite different from the others in this report, and has a long procedural history. Defendant Pham was arrested in the United Kingdom on June 29, 2012, and extradited to the United States in February of 2015. Pham left his home in London to travel to Yemen in December 2010, where he planned an attack in the United Kingdom. While in Yemen he received military training, including training in bomb-making, from the designated terrorist organization al-Qaeda in the Arabian Peninsula ("AQAP"), and he contributed to al-Qaeda's *Inspire* magazine. Pham pleaded guilty to providing material support to AQAP, conspiring to receive military training from AQAP, and using a machine gun in furtherance of crimes of violence. He was sentenced by Judge Alison Nathan to a 40-year term of imprisonment.

13. *United States v. Mufid Elfgeeh,* Western District of New York, March 17, 2016. Defendant Elfgeeh attempted to recruit two people to join ISIL. The two people the defendant tried to recruit were working for the FBI. Elfgeeh assisted the two in obtaining passports, and gave them advice about how to travel to Syria in a way that would avoid detection by law enforcement. Elfgeeh also gave the individuals computer equipment which they were to take to Syria with them. Elfgeeh also was in contact with anti-Assad fighters who were surrounded in the Syrian city of Homs by Assad regime troops. Elfgeeh was able to put the commander of the surrounded soldiers in contact with ISIL leaders. After the commander of the surrounded soldiers pledged allegiance to ISIL, ISIL came to his assistance. Judge Elizabeth Wolford sentenced Elfgeeh to 270 months in prison. The defendant had pleaded guilty to two counts of providing material support to a designated

foreign terrorist organization, ISIL. Judge Wolford sentenced the defendant to the statutory maximum of 180 months on the first conviction, and a consecutive 90 months on the second conviction, for a total of 270 months' imprisonment.

14. *United States v. Alaa Saadeh,* District of New Jersey, May 10, 2016. Defendant Saadeh planned to travel overseas himself to join, and fight for, ISIL. The defendant also helped his brother successfully travel overseas for the same purpose. Judge Susan Wigenton sentenced Saadeh to 15 years in prison, the statutory maximum for a violation of 18 U.S.C. § 2339B.

15. *United States v. Nicholas Teausant*, Eastern District of California, June 7, 2016. Defendant Teausant was arrested near the Canadian border. He intended to cross into Canada, and from there make his way to the Middle East to join, and fight for, ISIL. Judge John A. Mendez sentenced Teausant to 12 years' imprisonment.

16. *United States v. Avin Marsalis Brown and Akba Jihad Jordan,* Eastern District of North Carolina, both on July 5, 2016. Defendants Brown and Jordan pleaded guilty to providing material support to terrorists, in violation of 18 U.S.C. § 2339A. Although both defendants spoke of the need to go overseas and wage jihad, neither was specific about joining or assisting any particular terrorist organization. Judge Louise W. Flanagan sentence Brown to 92 months' imprisonment, followed by five years' supervised release, while Jordan was sentenced to 108 months' imprisonment, also followed by five years' supervised release.

17. *United States v. Joseph Hassan Farrokh,* Eastern District of Virginia, July 15, 2016. Defendant Farrokh conspired with co-defendant Mahmoud Amin Elhassan (who

has not yet fully resolved the charges against him, either by plea or by trial) to travel to Syria, where they would join, and fight for, ISIL. Farrokh and Elhassan had numerous communications, using secure apps, about their plans. Farrokh was arrested as he went down the jetway to catch his flight.

18. *United States v. Adam Dandach,* Central District of California, July 25, 2016. Defendant Dandach attempted to fly from Santa Ana, California to Istanbul, Turkey to join ISIL. Judge James V. Selna sentenced Dandach to 15 years' imprisonment, the statutory maximum, for attempting to provide material support to a designated foreign terrorist organization, ISIL. The defendant was also sentenced to a concurrent sentence of ten years for lying on his passport application.

19. *United States v. Jaelyn Delshaun Young and Muhammad Oda Dakhlalla* Northern District of Mississippi, August 11, 2016 (defendant Young) and August 24, 2016 (defendant Dakhlalla). Defendant Young and her co-defendant/boyfriend, Muhammad Oda Dakhlalla, obtained passports and planned to fly to Istanbul via Amsterdam to offer their services to ISIL. On August 11, 2016, Judge Sharion Aycock sentenced Young to 144 months in prison. On August 24, 2016, Judge Aycock sentenced defendant Dakhlalla to 96 months in prison.

20. *United States v. Nader Salem Elhuzayel*, Central District of California, September 26, 2016. Defendant Elhuzayel and his co-defendant, Muhanad Badawi, used social media to discuss ISIL and terrorist attacks, expressed a desire to die as martyrs, and made arrangements for Elhuzayel to leave the United States to join ISIL. Elhuzayel also used social media to contact ISIL operatives and other ISIL supporters, including Elton

12

Simpson, one of the perpetrators of the May 3, 2015 attack in Garland, Texas, with whom Elhuzayel was in contact on the day of the attack. The two defendants carried out a significant bank fraud scheme to raise travel funds. The jury deliberated less than an hour before returning guilty verdicts against both defendants. At Elhuzayel's sentencing, Judge David O. Carter noted that Elhuzayel's lack of remorse made him "especially dangerous." Judge Carter then imposed a sentence on Elhuzayel of thirty years' imprisonment, followed by a lifetime of supervised release. On October 19, 2016, Judge Carter also sentenced Badawi to thirty years' imprisonment.

21.   *United States v. Hasan R. Edmonds and Jonas M. Edmonds,* Northern District of Illinois, October 14, 2016. Defendant Hasan Edmonds was an enlisted member of the Illinois National Guard. He and his co-defendant and cousin, Jonas Edmonds, planned an attack on an Illinois National Guard base. Judge John Lee sentenced Hasan Edmonds to thirty years' imprisonment and Jonas Edmonds to 21 years' imprisonment. This was not a traveler case.

| Defendant Name | District | Court File No. | Date of Sentencing | Sentence | Statute of Conviction | Plea/Trial | Organization |
|---|---|---|---|---|---|---|---|
| Sinh Nguyen | California, Central | 2:13-CR-00736-JFW | June 30, 2014 | 156 months | 18 USC § 2339B | Plea | Al-Qaeda |
| Gufran Mohammed | Florida, Southern | 1:13-CR-20364-UU | December 17, 2014 | 180 months | 18 USC § 2339B | Plea | Al Shabaab; Al-Qaeda; al-Nusrah Front |
| Shelton Bell | Florida, Middle | 3:13-CR-00141-TJC-JRK | January 14, 2015 | 240 months | 18 USC § 2339A | Plea | Ansar al-Sharia |
| Shannon Conley | Colorado | 1:14-CR-00163-RM | January 23, 2015 | 48 months | 18 USC § 371 | Plea | ISIL |
| Sohiel Kabir | California, Central | 5:12-CR-00092-VAP | February 23, 2015 | 300 months | 18 USC § 2339A; 18 USC § 2339B; 18 USC § 371; 18 USC § 1117 (conspiracy to murder) | Trial | Al-Qaeda |
| Ralph DeLeon | California, Central | 5:12-CR-00092-VAP | February 23, 2015 | 300 months | 18 USC § 956; 18 USC § 2339A; 18 USC § 1117 (conspiracy to murder) | Trial | Al-Qaeda |
| Donald Ray Morgan | North Carolina, Middle | 1:14-CR-00194-1 1:14-CR-00414-1 | May 13, 2015 | 243 months | 18 USC § 2339B and 18 USC § 922(g)(1)(possession of a firearm by a felon) | Plea | ISIL |
| Michael Wolfe | Texas, Western | 1:14-CR-00213-SS | June 5, 2015 | 82 months | 18 USC § 2339B | Plea | ISIL |
| Leon Davis | Georgia, Southern | 1:15-CR-00059-JRH-BKE | July 28, 2015 | 180 months | 18 USC § 2339B (attempt) | Plea | ISIL |

| Defendant Name | District | Court File No. | Date of Sentencing | Sentence | Statute of Conviction | Plea/Trial | Organization |
|---|---|---|---|---|---|---|---|
| Agron Hasbajrami | New York, Eastern | 1:11-CR-00623-DLI | August 13, 2015 | 192 months | 18 USC § 2339A and 18 USC § 371 | Plea | Unclear; Hasbajrami expressed desire to travel to Pakistan to wage jihad, but did not specify a group |
| Mohammed Hussain Said | Florida, Southern | 1:13-CR-20364-UU | August 28, 2015 | 180 months | 18 USC § 2339B (conspiracy) | Plea | Al Shabaab; al-Nusrah Front; al-Qaeda in Iraq (predecessor of ISIL) |
| Ali Shukri Amin | Virginia, Eastern | 1:15-CR-00164-CMH | August 28, 2015 | 136 months | 18 USC § 2339B | Plea | ISIL |
| Ming Quang Pham | New York, Southern | 12-CR-423 (AJN) | January 8, 2016 | 480 months | 18 USC § 2339B; 18 USC § 2339D; 18 USC § 924(c) | Plea | Al-Qaeda in the Arabian Peninsula (AQAP) |
| Mufid Elfgeeh | New York, Western | 6:14-CR-06147-EAW-JWF | March 17, 2016 | 270 months | 18 USC § 2339B (2 counts) | Plea | ISIL |
| Alaa Saadeh | New Jersey | 2:15-CR-558-SDW | May 10, 2016 | 180 months | 18 USC § 2339B | Plea | ISIL |
| Nicholas Teausant | California, Eastern | 2:14-CR-00087-JAM | June 7, 2016 | 144 months | 18 USC § 2339B | Plea | ISIL |

| Defendant Name | District | Court File No. | Date of Sentencing | Sentence | Statute of Conviction | Plea/Trial | Organization |
|---|---|---|---|---|---|---|---|
| Avin Marsalis Brown | North Carolina, Eastern | 15:14-CR-58-1FL | July 5, 2016 | 92 months (Notice of Appeal filed with the Fourth Circuit Court of Appeals on 7/13/2016) (non-ISIL case) | 18 USC § 2339A (conspiracy) | Plea | None specified – Brown stated he wished to travel overseas to fight against unbelievers, but did not name a group |
| Akba Jihad Jordan | North Carolina, Eastern | 5:14-CR-58-2FL | July 5, 2016 | 108 months | 18 USC § 2339A | Plea | None specified – Jordan is a co-defendant of Brown, above |
| Adam Dandach | California, Central | 8:14-CR-00109-JVS | July 25, 2016 | 180 months | 18 USC § 2339B and 18 USC § 1542 (false statements in a passport application) | Plea | ISIL (please see discussion in text section regarding Dandach's sentence) |
| Joseph Hassan Farrokh | Virginia, Eastern | 1:16-CR-20 | July 15, 2016 | 102 months | 18 USC § 2339B (attempt) | Plea | ISIL |
| Jaelyn Delshaun Young | Mississippi, Northern | 1:15-CR-00098-0002-SA-DAS | August 11, 2016 | 144 months | 18 USC § 2339B | Plea | ISIL |
| Muhammad Oda Dakhlalla | Mississippi, Northern | 1:15-CR-00098-0001-SA-DAS | August 24, 2016 | 96 months | 18 USC § 2339B | Plea | ISIL |

| Defendant Name | District | Court File No. | Date of Sentencing | Sentence | Statute of Conviction | Plea/Trial | Organization |
|---|---|---|---|---|---|---|---|
| Nader Salem Elhuzayel | California, Central | SA CR 15-0060 | September 26, 2016 | 360 months | 18 U.S.C. § 2339B; 1 count of conspiracy to provide material support, and 1 count of attempting to provide material support, plus 25 counts of bank fraud, in violation of 18 U.S.C.§ 1344 | Trial | ISIL |
| Hasan R. Edmonds | Illinois, Northern | 1:15-CR-149-1 | October 14, 2016 | 360 months | 18 U.S.C. §2339B(a)(1); Conspiring to providing material support or resources to designated terrorist organization; 18 U.S.C. Section (2339B)(a)(1); Attempting to provide material support to foreign terrorist organization | Plea | ISIL |

| Defendant Name | District | Court File No. | Date of Sentencing | Sentence | Statute of Conviction | Plea/Trial | Organization |
|---|---|---|---|---|---|---|---|
| Jonas M. Edmonds | Illinois, Northern | 1:15-CR-00149-2 | October 14, 2016 | 252 months | 18 U.S.C. §2339B(a)(1); Providing material support or resources to designated terrorist organization; 18.U.S.C. §1001(a)(2); Making false statement to law enforcement officer | Plea | ISIL |
| Muhanad Elfatih M.A. Badawi | California, Central District | 8:15-CR-00060-DOC | October 19, 2016 | 360 months | 18 U.S.C. § 2339B; Conspiracy to provide material support or resources to a designated foreign terrorist organization; 18.U.S.C. §§ 2339B; Attempting to provide material support or resources to a designated foreign terrorist organization, aiding and abetting; 20 U.S.C. § 1097(a); Financial aid fraud | Trial | ISIL |

18

Dated: November 1, 2016

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/ John Docherty

BY: JOHN DOCHERTY
Assistant United States Attorney
Attorney Reg. No. 017516X

ANDREW R. WINTER
Assistant United States Attorney

JULIE E. ALLYN
Assistant United States Attorney