UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 13, 2016  **Time:** 1 hour  **Judge:** RICHARD SEEBORG

**Case No.:** 16-cr-00166-RS-1  **Case Name:** USA v. Islam Said Natsheh

**Attorney for Government:** Elise Becker
**Attorney for Defendant:** Candis Mitchell
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Corinne Lew  **Court Reporter:** Irene Rodriguez
**Interpreter:** n/a  **Probation Officer:** Jill Spitalieri

## PROCEEDINGS

Sentencing Hearing Held.

## SUMMARY

The court sentenced the defendant to custody of the Bureau of Prisons for a period of 60 months. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 6 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The court did not impose a fine.